```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION

DAMIEN MICHAEL CARTER,         )
                               )
          Plaintiff,           )
                               )
     v.                        )     No. 10 C 8071
                               )
COOK COUNTY D.O.C., et. al.,   )
                               )
          Defendants.          )
```

MEMORANDUM

Damien Michael Carter ("Carter") has just submitted a pro se 42 U.S.C. § 1983 Complaint charging a violation of his constitutional rights, accompanying that pleading with an In Forma Pauperis Application ("Application"). Because the Application has not in turn been accompanied by the required printout of transactions in Carter's trust fund account for the six-month period ended November 22, 2010[1] to enable this Court to rule on the Application and permit this action to go forward, a copy of this memorandum is being sent to J. Booker at the County Jail so that officer can provide this Court with the required printout (which should list this Case No. 10 C 8071) as soon as possible.

                                 _____
                                 Milton I. Shadur
                                 Senior United States District Judge

Dated:    December 28, 2010

---

[1] Because that is the date on which Carter signed both filed documents, it will be treated as the effective date for purposes of the "mail box" rule.